IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREGORY T. DICKENS,
        Plaintiff,
    v.                               **Judgment in a Civil Case**
STATE OF NORTH CAROLINA;
DEPARTMENT OF CORRECTION;
HAROLD PARRISH,
        Defendants.                Case Number: 5:11-CT-3241-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for failure to respond to the court's order filed on November 29, 2011.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

<u>This Judgment Filed and Entered on January 17, 2012, with service on:</u>
Gregory T. Dickens 0107441, Tillery Correctional Institution, P.O. Box 222, Tillery, NC 27887 (via U.S. Mail)

January 17, 2012                                        /s/ Dennis P. Iavarone
                                                          Clerk